LAW OFFICES  
McCALLA RAYMER PIERCE, LLC  
BANKRUPTCY DEPARTMENT  
1544 Old Alabama Road  
<u>Roswell, GA 30076</u>  
TELEPHONE: 770-643-7200  
TELEFAX: 866-761-0279  
1-800-275-7171

November 2, 2016

Clerk, United States Bankruptcy Court  
240 West Third Street  
Suite 218  
Williamsport, PA 17701

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor(s) | Mark E Kinley and Michele M. Kinley |
| Case Number | 15-03677 |
| Chapter | 13 |
| Secured Creditor | Colonial Savings, F.A. |
| Loan Number | XXXX8377 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Colonial Savings, F.A.  
c/o McCALLA RAYMER PIERCE, LLC  
Bankruptcy Department  
1544 Old Alabama Road  
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Maria Tsagaris  
c/o McCALLA RAYMER PIERCE, LLC  
1544 Old Alabama Road  
Roswell, GA 30076  
Phone: 678-281-6532  
Email: Maria.Tsagaris@mrpllc.com  
Attorney Bar No: 143071